Form FIND

UNITED STATES BANKRUPTCY COURT
Northern District of California

| In Re: Patricia Bonavito | Case No.: 10–32304 DM 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Andrea A. Wirum is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 10/11/12

By the Court:

Dennis Montali
United States Bankruptcy Judge